UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMES JOSEPH GANAHL, | No. SACV 13 - 1613 PJW |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the stipulation.

DATE: <u>August 19, 2014</u>

`                              `*/s/ Patrick J. Walsh*
_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-